**FILED**

02/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0029

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 23-0029

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TERESA MOCKO,

     Defendant and Appellant.

### ORDER

Upon consideration of Appellant's motion to voluntarily dismiss appeal and good cause appearing,

IT IS HEREBY ORDERED that Appellant's appeal in the above matter is hereby DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 13 2024